No. 69664.—Bloomfield Industries, Inc. *v.* United States, protests 65/4710–14553, etc. (Chicago).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of battery-powered mixers or swizzle sticks similar in all material respects to those the subject of Abstract 68974, the claim of the plaintiff was sustained.

No. 69665.—J. C. De Jong & Co., Inc. *v.* United States, protests 60/15617, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of pole ends similar in all material respects to those the subject of *J. C. De Jong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiff was sustained.

No. 69666.—American Precision Drawing Instrument Co. *v.* United States, protests 61/7263 and 60/18824 (New York).

Opinion by RAO, C.J. It was stipulated that the cases for drawing instruments are provided for in said paragraph 1405, as modified, *supra*, and are separate articles of commerce. Accordingly, the protests were dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U.S.C. § 2636(d)).